Samy S. Henein, Esq. (#171356)
SUPPA, TRUCCHI & HENEIN, LLP.
3055 India Street
San Diego, CA 92103-6013
Telephone No. (619) 297-7330

Attorneys for Plaintiff
ESSY GHAVAMEDINNI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESSY GHAVAMEDINNI, | Case No.: **'11CV0568 DMS WVG** |
| Plaintiff, | COMPLAINT FOR: |
| v. | (1) COPYRIGHT INFRINGEMENT |
| | (2) UNFAIR TRADE PRACTICES |
| AEG FACILITIES, LLC, a Delaware Corporation; AEG MANAGEMENT SD, LLC, a Delaware corporation; AEG LIVE, LLC, a Delaware corporation; VALLEY VIEW CASINO CENTER, a business entity form unknown; DEADLINE MEDIA, INC., a California corporation; DOES 1-50, inclusive, | (3) UNFAIR COMPETITION |
| | (4) CONVERSION |
| | (5) VIOLATION OF PLAINTIFF'S RIGHT OF PUBLICITY |
| | (6) COPYRIGHT INFRINGEMENT |
| Defendants. | JURY TRIAL DEMANDED |

**JURISDICTION AND VENUE**

1. This action arises under the Act of October 19, 1976, Title I § 101, 90 Stat. 2541; 17 U.S.C. § 501; and this court has jurisdiction under the Act of June 25, 1948, c. 646, 62 Stat. 931; 28 U.S.C. § 1338, as hereinafter more fully appears. This court also has pendant jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

2. Plaintiff is informed and believes that defendant AEG FACILITIES, LLC is a Delaware corporation, authorized to do business in the State of California and doing business in the Southern District of California.

3. Plaintiff is informed and believes that defendant AEG MANAGEMENT SD, LLC is a Delaware corporation, authorized to do business in the State of California and doing business in the Southern District of California.

4. Plaintiff is informed and believes that defendant AEG FACILITIES, LLC, is a Delaware corporation, authorized to do business in the State of California and doing business in the Southern District of California.

5. Plaintiff is informed and believes that defendant AEG LIVE, LLC, is a Delaware corporation, authorized to do business in the State of California and doing business in the Southern District of California.

6. Plaintiff is informed and believes that defendant VALLEY VIEW CASINO CENTER is a business entity form unknown doing business in the Southern District of California.

7. Plaintiff is informed and believes that defendant DEADLINE MEDIA, INC., is a California corporation, doing business in the Southern District of California.

8. Plaintiff is unaware of the true names and capacities of the defendants named herein as DOES 1 through 50, inclusive, and therefore sues them alleging on information and belief that each such fictitiously-named defendant was legally responsible for Plaintiff's damages as alleged in this complaint.

## CLAIMS FOR RELIEF

### First Cause of Action

**COPYRIGHT INFRINGEMENT AGAINST AEG FACILITIES, LLC, AEG MANAGEMENT SD, LLC, AEG LIVE, LLC, VALLEY VIEW CASINO CENTER AND DOES 1-25**

9. Plaintiff realleges and incorporates herein by this reference all of the allegations contained in the preceding paragraphs.

10. Plaintiff is a professional photographer, who photographed the works described in Exhibit A hereto, and is the sole owner of all rights, title, and interest in and to the copyrights in the photographs listed in Exhibit A (hereinafter "the photographs"). Prior to the creation of the

photographs and ever since, Plaintiff has been a United States citizen.

11. Defendants AEG FACILITIES, LLC, AEG MANAGEMENT SD, LLC, AEG LIVE, LLC, VALLEY VIEW CASINO CENTER AND DOES 1-25 have infringed and continue to infringe plaintiffs' copyrights in the photographs by reproducing, displaying to the public, and distributing, and/or causing, contributing to, and participating in the unauthorized reproduction, displaying to the public and distribution of the copyrighted photographs and by causing, contributing to, and participating in the distribution, displaying to the public and distribution of the unauthorized reproductions of the copyrighted photographs to the public.

12. Furthermore, said Defendants have engaged in the use of the photographs for the commercial profit of defendants without any payment to or authorization by plaintiff.

13. Plaintiff has notified said defendants that defendants have infringed the copyright of plaintiff, and defendants have continued to infringe the copyright.

14. By reason of the infringements and threatened infringements of the copyrights, plaintiff has sustained, and will continue to sustain, substantial injury, loss, and damage to his ownership rights in the copyrights of the photographs.

15. Defendants AEG FACILITIES, LLC, AEG MANAGEMENT SD, LLC, AEG LIVE, LLC, VALLEY VIEW CASINO CENTER AND DOES 1-25 have unlawfully and wrongfully derived and will continue to derive income and profits from these infringing acts.

16. Plaintiff is informed and believes that the acts described above were committed knowingly, maliciously, and oppressively, and with an intent to injure Plaintiff.

17. Plaintiff is also informed and believes that said Defendants have engaged in additional infringements not yet known to Plaintiff. Plaintiff reserves the right to amend this complaint upon discovery of any additional infringements.

////

////

////

////

## Second Cause of Action

**UNFAIR TRADE PRACTICES AGAINST AEG FACILITIES, LLC, AEG MANAGEMENT SD, LLC, AEG LIVE, LLC, VALLEY VIEW CASINO CENTER AND DOES 1-25**

18. Plaintiff realleges and incorporates herein by this reference all of the allegations contained in the preceding paragraphs.

19. By reproducing, displaying, and distributing, and/or causing, contributing to, and participating in the unauthorized reproduction, display and distribution of the copyrighted photographs and by causing, contributing to, and participating in the distribution, displaying of the unauthorized reproductions of the copyrighted photographs to the public, for the commercial profit of defendants without any payment to or authorization by plaintiff, Defendants AEG FACILITIES, LLC, AEG MANAGEMENT SD, LLC, AEG LIVE, LLC, VALLEY VIEW CASINO CENTER AND DOES 1-25 have thereby engaged in unfair trade practices to plaintiff's irreparable damage.

## Third Cause of Action

**UNFAIR COMPETITION AGAINST AEG FACILITIES, LLC, AEG MANAGEMENT SD, LLC, AEG LIVE, LLC, VALLEY VIEW CASINO CENTER AND DOES 1-25**

20. Plaintiff realleges and incorporates herein by this reference all of the allegations contained in the preceding paragraphs.

21. By reproducing, displaying, and distributing, and/or causing, contributing to, and participating in the unauthorized reproduction, display and distribution of the copyrighted photographs and by causing, contributing to, and participating in the distribution, displaying of the unauthorized reproductions of the copyrighted photographs to the public, for the commercial profit of defendants without any payment to or authorization by plaintiff, Defendants AEG FACILITIES, LLC, AEG MANAGEMENT SD, LLC, AEG LIVE, LLC, VALLEY VIEW CASINO CENTER AND DOES 1-25 have thereby engaged in unfair competition to plaintiff's irreparable damage.

////

////

### Fourth Cause of Action

**CONVERSION AGAINST AEG FACILITIES, LLC, AEG MANAGEMENT SD, LLC, AEG LIVE, LLC, VALLEY VIEW CASINO CENTER AND DOES 1-25**

22. Plaintiff realleges and incorporates herein by this reference all of the allegations contained in the preceding paragraphs.

23. At all times, plaintiff was, and still is, the owner and was, and still is, entitled to the possession of the following personal property, namely the photographs, including all print copies, negatives, and digital files.

24. Defendants took the property described above from plaintiff's possession and unlawfully converted the same to his/her/their own use.

25. Plaintiff orally and in writing has demanded the immediate return of the above-mentioned property but defendants failed and refused, and continues to fail and refuse, to return the property to plaintiff.

26. As a proximate result of defendants' conversion, plaintiff has sustained injuries which are the natural, reasonable, and proximate results of the conversion, all to plaintiff's damage in an amount to be ascertained and proven at trial

27. The defendants' acts alleged above were willful, wanton, malicious, and oppressive, and justify the awarding of exemplary and punitive damages.

### Fifth Cause of Action

**VIOLATION OF PLAINTIFF'S RIGHT OF PUBLICITY AGAINST AEG FACILITIES, LLC, AEG MANAGEMENT SD, LLC, AEG LIVE, LLC, VALLEY VIEW CASINO CENTER AND DOES 1-25**

28. Plaintiff realleges and incorporates herein by this reference all of the allegations contained in the preceding paragraphs.

29. Defendants violated Plaintiff's right of publicity statutory right pursuant to California Civil Code Section 3344, and common law right of publicity by knowingly using Plaintiff's name, without Plaintiff's consent, for purposes of advertising or selling for the business enterprise known

1 | as Club 3500.

## Sixth Cause of Action

### COPYRIGHT INFRINGEMENT AGAINST DEADLINE MEDIA, INC. AND DOES 26-50

30. Plaintiff realleges and incorporates herein by this reference all of the allegations contained in the preceding paragraphs.

31. Plaintiff is the sole owner of all rights, title, and interest in and to the copyrights in the photographs listed in Exhibit B.

32. Defendants DEADLINE MEDIA, INC., and DOES 26-50 have infringed copyrights in the photographs described in Exhibit B by reproducing, displaying to the public, and distributing, and/or causing, contributing to, and participating in the unauthorized reproduction, displaying to the public and distribution of the copyrighted photographs and by causing, contributing to, and participating in the distribution, displaying to the public and distribution of the unauthorized reproductions of the copyrighted photographs to the public.

33. By reason of the infringements and threatened infringements of the copyrights, plaintiff has sustained, and will continue to sustain, substantial injury, loss, and damage to his ownership rights in the copyrights of the photographs.

34. Plaintiff is also informed and believes that said Defendants have engaged in additional infringements not yet known to Plaintiff. Plaintiff reserves the right to amend this complaint upon discovery of any additional infringements.

### PRAYER

**WHEREFORE**, plaintiff demands:

A. That the defendants, their respective agents, servants, employees, officers, attorneys, successors, and assigns, and all those persons in active concert or participation with each or any of them, be enjoined, during the pendency of this action and permanently, from:

    i. Directly or indirectly infringing the copyrights of each plaintiff in any manner, and;

        ii.    Reproducing and causing, contributing to, or participating in, the unauthorized reproduction and the distribution to the public by sale or other transfer of ownership, or by rental, lease or lending, unauthorized reproductions of each plaintiffs copyrighted sound recordings;

B.    That the defendants be required to pay to plaintiff those damages plaintiff has sustained in consequence of the defendants' infringement of the copyrights and the unfair trade practices and unfair competition, and to account for all gains, profits, and advantages derived by the defendants by their respective infringements of plaintiffs' copyrights and the unfair trade practices and unfair competition, together with appropriate interest on these damages, in an amount to be determined by proof at trial;

C.    That the defendants be required to deliver up to be impounded during the pendency of this action and to deliver up for destruction any and all infringing unauthorized reproductions of plaintiffs' copyrighted works;

D.    For an award of damages for the value of the property converted;

E.    For interest at the legal rate on the foregoing sum pursuant to Section 3336 of the Civil Code;

F.    For damages for the proximate and foreseeable loss resulting from defendant's conversion;

G.    For interest at the legal rate on the foregoing sum pursuant to Section 3287(a) of the Civil Code;

H.    For damages for time and money properly expended in pursuit of the converted property;

I.    For punitive and exemplary damages;

J.    That the defendants pay to plaintiff the costs and disbursements of this action, together with reasonable attorney's fees.

////

////

////

K.   That plaintiff have all other relief that is just and proper.

SUPPA, TRUCCHI & HENEIN, LLP

DATED: March 17, 2011          By: _____
                                    Samy S. Henein, Esq.
                                    Attorneys for Plaintiff

## VERIFICATION

I, Essy Ghavamedinni, am the plaintiff herein. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters, which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*[signature]*
Essy Ghavamedinni